# United States District Court
## For the
## Eastern District of Pennsylvania

Joseph M. Kneipp, Joseph D. Kneipp
    Plaintiff

V.                                Civil Action No.      11-2632

Katherine Ann Gonzales
    Defendant

### ANSWER TO COMPLAINT

1. The Protection From Abuse order was entered into by the plaintiff, Joseph M. Kneipp, by agreement. A copy of the Order is attached.

2. Plaintiff's are complaining about the Radnor Police and what they did, or did not do, but they are not defendants.

3. The Complaint by plaintiff about custody and the PFA has to do with The Court of Common Pleas of Delaware County, PA, not United States District Court.

I, Katherine Ann Gonzales, ask for a dismissal due to the contradictions in this document, and the complete failure to state a valid claim.

*[Signature] Kate Gonzales  5/4/11*

Final Protection From Abuse Order No: 09-081467  # 42   https://www.pfad.state.pa../FADLive/finalorder.asp?FinalOrderI...

| FINAL PROTECTION FROM ABUSE ORDER<br>☐ Extended Order ☐ Amended Order | IN THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA<br>NO. 09-081467 |
|---|---|

### 1. PLAINTIFF

| Katie | | Gonzalos | | 7/26/1987 |
|---|---|---|---|---|
| First | Middle | Last | Suffix | Plaintiff DOB |

Name(s) of All protected persons, including minor child/ren and DOB.

Katie Gonzalos   7/26/1987

### V.

### DEFENDANT

| Joseph | | Kneipp | |
|---|---|---|---|
| First | Middle | Last | Suffix |

Defendant's Address:
3131 Knights Rd

Bensalem PA 19020

| DEFENDANT IDENTIFIERS | | | |
|---|---|---|---|
| DOB | 9/12/1986 | HEIGHT | 6 ft. |
| SEX | Male | WEIGHT | 160 |
| RACE | White | EYES | Green |
| HAIR | Brown | | |
| SSN | | | |
| DRIVERS LICENSE # | | | |
| EXP DATE | | STATE | |

CAUTION:
☐ Weapon Involved
☐ Weapon Present on the Property
☐ Weapon Ordered Relinquished

**The Court Hereby Finds:** That it has jurisdiction over the parties and subject matter, and the Defendant will be provided with reasonable notice and opportunity to be heard.

**The Court Hereby Orders:**

[X] Defendant shall not abuse, harass, stalk or threaten any of the above persons in any place where they might be found.

[X] Except as provided in paragraph 5 of this order, Defendant shall not contact Plaintiff, or any other person protected under this order, by telephone or by any other means, including through third persons.

[X] Additional findings of this order are set forth below.

Order Effective Date   10/22/2009        Order Expiration Date   10/22/2014

### NOTICE TO THE DEFENDANT

VIOLATION OF THIS ORDER MAY RESULT IN YOUR ARREST ON THE CHARGE OF INDIRECT CRIMINAL CONTEMPT WHICH IS PUNISHABLE BY A FINE OF UP TO $1,000 AND/OR A JAIL SENTENCE OF UP TO SIX MONTHS. 23 PA.C.S.A. §6114. VIOLATION MAY ALSO SUBJECT YOU TO PROSECUTION AND CRIMINAL PENALTIES UNDER THE PENNSYLVANIA CRIMES CODE. A VIOLATION OF THIS ORDER MAY RESULT IN THE REVOCATION OF THE SAFEKEEPING PERMIT, WHICH WILL REQUIRE THE IMMEDIATE RELINQUISHMENT OF YOUR FIREARMS, OTHER WEAPONS AND AMMUNITION TO THE SHERIFF. PLAINTIFF'S CONSENT TO CONTACT BY DEFENDANT SHALL NOT INVALIDATE THIS ORDER WHICH CAN ONLY BE MODIFIED BY FURTHER ORDER OF COURT. 23 Pa.C.S.A. § 6108(g).

THIS ORDER IS ENFORCEABLE IN ALL FIFTY (50) STATES, THE DISTRICT OF COLUMBIA, TRIBAL LANDS, U.S. TERRITORIES AND THE COMMONWEALTH OF PUERTO RICO UNDER THE VIOLENCE AGAINST WOMEN ACT, 18 U.S.C. §2265. IF YOU TRAVEL OUTSIDE OF THE STATE AND INTENTIONALLY VIOLATE THIS ORDER, YOU MAY BE SUBJECT TO FEDERAL CRIMINAL PROCEEDINGS UNDER THAT ACT. 18 U.S.C §§2261-2262. IF YOU POSSESS A FIREARM OR ANY AMMUNITION WHILE THIS ORDER IS IN EFFECT, YOU MAY BE CHARGED WITH A FEDERAL OFFENSE EVEN IF THIS PENNSYLVANIA ORDER DOES NOT EXPRESSLY PROHIBIT YOU FROM POSSESSING FIREARMS OR AMMUNITION. 18 U.S.C. §922(g)(8).

10/20/2009 11:43 AM